# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **8:15CB1** |
| | ) | **Violation No. 3159285 NE6** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **DONALD D. MILLER,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The government's Motion to Continue (Filing No. 3) is granted.

**IT IS ORDERED** that the Initial Appearance is continued to February 24, 2015, at 9:00 a.m. before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 21st day of January, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge