# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DONALD D. MILLER,<br><br>　　　　　　Defendant. | 8:15CB1<br>Violation Number 3159285 NE-6<br><br>ORDER |

　　　　　The Motion to Dismiss (Filing No. 9) of the United States Attorney's Office is granted.  The above-referenced matter is hereby dismissed.

　　　　　ORDERED this 4th day of February, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　United States Magistrate Judge